UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**ELECTRONICALLY FILED**

| | | |
|---|---|---|
| ELIZABETH JAROS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | CIVIL ACTION NO. 4:17-CV-03583 |
| "KENTUCKY FRIED CHICKEN"; KFC CORPORATION; AND YUM! BRANDS, INC. | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF KFC CORPORATION AND YUM! BRANDS, INC.

Defendants, KFC Corporation ("KFCC"), incorrectly named as "Kentucky Fried Chicken," and Yum! Brands, Inc. ("Yum"), by counsel and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, submit the following corporate disclosure statement, stating as follows:

Yum is a North Carolina corporation, has no parent corporation and no publicly held company holds ten percent or more of its stock. More than 10% of Yum's stock is traded on the New York Stock Exchange.

KFCC is a Delaware corporation. KFCC is a subsidiary of KFC Holding Co. KFC Holding Co. is a subsidiary of YUM! Brands, Inc. No other publicly held company has an ownership interest of 10% or more of KFCC's stock.

Respectfully submitted,

HAWKINS PARNELL THACKSTON & YOUNG LLP

By: _____
Christopher C. Ege
Ashley R. Presson
Hawkins Parnell Thackston & Young LLP
117 West 6th Street, Suite 250
Austin, Texas 78703
Phone: (512) 687-6900
Fax: (512) 687-6990
cege@hptylaw.com
apresson@hptylaw.com

**ATTORNEYS FOR DEFENDANT KFC CORPORATION AND YUM! BRANDS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2017, I electronically filed the foregoing with the clerk of the Court by using the CM/ECF system.

I hereby further certify that on November 21, 2017, I served the following via First Class U.S. Mail.

Adam P. Criaco
CRIACO & ASSOCIATES
519 N. Sam Houston Pkwy. E., Ste. 500
Houston, Texas 77060
Phone: (713) 663-6600
Fax: (713) 663-7923
Adam.Criaco@criacolaw.com

**ATTORNEY FOR PLAINTIFF
ELIZABETH JAROS**

Ashley R. Presson

iManage 11667889v.1