UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

ELECTRONICALLY FILED

| | |
|---|---|
| ELIZABETH JAROS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>"KENTUCKY FRIED CHICKEN"; KFC )<br>CORPORATION; AND YUM! )<br>BRANDS, INC. )<br>)<br>Defendants. ) | CIVIL ACTION NO. 4:17-CV-03583<br>JURY |

## DEFENDANTS' DISCLOSURE OF FINANCIALLY INTERESTED PARTIES

Defendants, KFC Corporation ("KFCC"), incorrectly named as "Kentucky Fried Chicken," and Yum! Brands, Inc. ("Yum"), hereby certify that the following individuals and entities are financially interested in the outcome of this litigation:

1. Plaintiff, Elizabeth Jaros

2. Counsel for Plaintiff
   Adam P. Criaco
   Criaco & Associates
   519 N. Sam Houston Pkwy. E., Ste. 500
   Houston, Texas 77060
   Telephone: (713) 663-6600
   Facsimile: (713) 663-7923

3. Defendant, KFC Corporation, incorrectly named as Kentucky Fried Chicken

4. Defendant, Yum! Brands, Inc.

Defendants are unaware at this time of any other parties with a financial interest in this litigation. However, if information becomes available that other entities have a financial interest in this litigation, Defendants will supplement this certificate.

Respectfully submitted,

**HAWKINS PARNELL THACKSTON & YOUNG** LLP

By: /s/ Ashley Presson

Christopher C. Ege
Ashley R. Presson
Hawkins Parnell Thackston & Young LLP
117 West 6th Street, Suite 250
Austin, Texas 78703
Phone: (512) 687-6900
Fax: (512) 687-6990
cege@hptylaw.com
apresson@hptylaw.com

**ATTORNEYS FOR DEFENDANT KFC CORPORATION AND YUM! BRANDS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of December, 2017, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Adam P. Criaco
CRIACO & ASSOCIATES
519 N. Sam Houston Pkwy. E., Ste. 500
Houston, Texas 77060
Phone: (713) 663-6600
Fax: (713) 663-7923
Adam.Criaco@criacolaw.com

**ATTORNEY FOR PLAINTIFF
ELIZABETH JAROS**

/s/ Ashley R. Presson
Ashley R. Presson